Ernesto Vargas V12122
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

CW323

RECEIVED

MAY 18 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

LEGAL MAIL

LEGAL MAIL



ATTN: Clerk,
U.S. District Court, Northern District
of California
450 Golden Gate Avenue
BOX 36060
San Francisco, CA 94102





Ernesto Vargas V12122
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960



LEGAL MAIL

ATTN: Clerk,
U.S. District Court, Northern District
OF California
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102



LEGAL MAIL

LEGAL MAIL

5-11-2003 84739