Ernesto Vargas ID: V12122
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

23-cv-02490-TSH