ROB BONTA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
ANTHONY J. TARTAGLIO
Deputy Attorney General
State Bar No. 280286
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3602
  Fax:  (415) 703-5480
  E-mail:  Anthony.Tartaglio@doj.ca.gov
*Attorneys for Defendants*
*C. Whitman and L. Lopez-Ortega*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNESTO VARGAS,**<br><br>Plaintiff,<br><br>v.<br><br>**L. LOPEZ, et al.,**<br><br>Defendants. | 3:23-cv-02490-TSH (PR)<br><br>**DEFENDANTS' ANSWER; AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL**<br><br>Judge:    The Honorable Thomas S. Hixson<br><br>Action Filed: May 22, 2023 |

Defendants answer Plaintiff's complaint as follows.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

A.  Admitted.

B.  Admitted.

C.  Admitted.

D.  Admitted.

E.  Admitted.

1

## PARTIES

A. Admitted.

B. Admitted.

## STATEMENT OF CLAIM

1. Although Defendants admit that Plaintiff is accusing them of various constitutional violations, they deny violating Plaintiff's constitutional rights.

2. Although Defendants deny violating any of Plaintiff's civil rights, they admit that the Court has jurisdiction to hear this case.

3. Although Defendants deny violating any of Plaintiff's civil rights, they admit that venue is proper in the Northern District of California.

4. Admitted.

5. Defendant Lopez-Ortega admits that, for the incidents at issue in this case, he interacted with Plaintiff in his capacity as an employee of the California Department of Corrections and Rehabilitation. Except as otherwise admitted, denied.

6. Defendant Whitman admits that, for the incidents at issue in this case, he interacted with Plaintiff in his capacity as an employee of the California Department of Corrections and Rehabilitation. Except as otherwise admitted, denied.

7. Defendants incorporate by reference and reassert their objections and responses to the previous paragraphs of the complaint.

8. Admitted.

9. Denied.

10. Denied.

11. Denied.

12. Defendants lack information sufficient to enable them to admit or deny the allegations of this paragraph.

13. Defendants lack information sufficient to enable them to admit or deny the allegations of this paragraph.

14. Denied.

15. Denied.

16. Denied.

17. Denied, as Defendants deny that the May 25, 2021 riot was a "gladiator set-up."

18. Defendants admit that Plaintiff filed the grievance, but they deny committing the misconduct they were accused of.

19. Admitted, except that the Rules Violation Report was not false.

20. Admitted.

21. Denied.

22. Denied.

23. Denied.

24. Denied.  And to be clear, there was no "gladiator set-up."

25. Denied.  And to be clear, there was no retaliation.

26. Denied.

27. Defendants admit that Plaintiff was found guilty at the hearing.  Otherwise, they deny the allegations of this paragraph.

28. Defendants admit that Plaintiff submitted the grievance indicated in this paragraph. Otherwise, they deny the allegations of this paragraph.

29. Denied.

30. Defendants incorporate by reference and reassert their objections and responses to their previous paragraphs of the complaint.

31. Denied.

32. Denied.

33. Denied.

34. These contentions are irrelevant because Defendants 1) did not force Plaintiff to go to the yard, and 2) did not know that a riot would occur.

35. Defendants incorporate by reference and reassert their objections and responses to the previous paragraphs of the complaint.

36. Denied, as this paragraph misstates the law that is applicable to this case.

37. Denied.

38. Denied, as Defendants did not cause any of Plaintiff's injuries.

39. Defendants incorporate by reference and reassert their objections and responses to the previous paragraphs of the complaint.

40. Denied. And to be clear, Defendant Whitman did not do anything improper at the disciplinary hearing.

41. Denied.

42. Admitted.

43. Defendants incorporate by reference and reassert their objections and responses to the previous paragraphs of the complaint.

44. Although these general principles are correct, Defendants did not retaliate against Plaintiff.

45. Defendants incorporate by reference and reassert their objections and responses to the previous paragraphs of the complaint.

46. Although there does exist a live controversy here, any equitable relief would be moot.

47. Defendants incorporate by reference and reassert their objections and responses to the previous paragraphs of the complaint.

48. Denied.

## **PRAYER FOR RELIEF**

1. That Plaintiff take nothing by this action and that judgment be rendered in favor of Defendants;

2. That Defendants be awarded the costs of suit and attorney's fees; and

3. Such other relief as this Court deems proper.

## **AFFIRMATIVE DEFENSES**

Defendants are still investigating Plaintiff's claims and reserve the right to assert new affirmative defenses based on new information they discover.

1. Defendants are entitled to qualified immunity because they did not violate any clearly established case law.

**DEMAND FOR JURY TRIAL**

Defendants demand, pursuant to Federal Rule of Civil Procedure 38 and Civil Local Rule 3-6, that this matter be tried by and before a jury to the extent provided by law.

Dated:  December 6, 2023                    Respectfully submitted,

ROB BONTA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


*/s/ Anthony Tartaglio*
ANTHONY J. TARTAGLIO
Deputy Attorney General
*Attorneys for Defendants*

SF2023401544
43979500.docx

# CERTIFICATE OF SERVICE

| Case Name: | ***Vargas, Ernesto v. L. Lopez, et al.*** | No. | **3:23-cv-02490-TSH (PR)** |
|---|---|---|---|

I hereby certify that on <u>December 6, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' ANSWER; AFFIRMATIVE DEFENSES; DEMAND FOR JURY TRIAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 6, 2023</u>, at San Francisco, California.

| M. Paredes | _(signature)_ |
|---|---|
| Declarant | Signature |

SF2023401544
43982481.docx