United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNESTO VARGAS,

        Plaintiff,

    v.

L. LOPEZ, et al.,

        Defendants.

Case No.  23-cv-02490-TSH   (RMI)

**REPORT OF EARLY SETTLEMENT PROCEEDING**

Re: Dkt. No. 32

A settlement conference was held on July 17, 2024, and the results of that proceeding are indicated below:

    (1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

        ( X )  Plaintiff

        (  )  Warden or warden's representative

        ( X )  Office of the California Attorney General Eric Miersma and Christian Georgely.

        ( X )  Other: Plaintiff's counsel Christopher Brown, John Worden, Zoey Gallagher, and Harry Libarle.

    (2) The following individuals, parties, and/or representatives did not appear:

    _____

    (3)  The outcome of the proceeding was:

        (  )  The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

        (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

attached remain for this Court to resolve.

( X )  The parties are unable to reach an agreement at this time. The matter is returned to the presiding judge.

**IT IS SO ORDERED.**

Dated: July 30, 2024

_____

ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

2