| | |
|---|---|
| ROB BONTA<br>Attorney General of California<br>CHRISTOPHER H. FINDLEY<br>Supervising Deputy Attorney General<br>ERIC J. MIERSMA<br>CHRISTIAN M. GEORGELY<br>Deputy Attorneys General<br>State Bar No. 322952<br> 1300 I Street, Suite 125<br> Sacramento, CA 95814<br> Telephone: (916) 210-7317<br> Fax: (916) 324-5205<br> E-mail: Christian.Georgely@doj.ca.gov<br>*Attorneys for Defendants*<br>*Whitman and Lopez-Ortega* | JOHN S. WORDEN (SBN 267516)<br> jsworden@venable.com<br>MICHAEL GLUK (SBN 326670)<br> mtgluk@venable.com<br>ZOE GALLAGHER (SBN 355326)<br> zgallagher@venable.com<br>VENABLE LLP<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Telephone: 415.653.3750<br>Facsimile: 415.653.3755<br><br>*Attorneys for Plaintiff*<br>*ERNESTO VARGAS* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNESTO VARGAS,**<br><br>                                    Plaintiff,<br><br>          v.<br><br>**LOPEZ, et al.,**<br><br>                                    Defendants. | Case No. 3:23-cv-02490-TSH (PR)<br><br>**JOINT PROPOSED *VOIR DIRE* TO BE ASKED BY THE COURT**<br><br>Judge:         Hon. Thomas S. Hixson<br>Trial Date:   October 20, 2025<br>Action Filed: May 22, 2023 |

    In addition to the questions the Court will ask on *voir dire*, Plaintiff Ernesto Vargas and Defendants Lopez-Ortega and Whitman (collectively, the "Parties") respectfully request the Court ask the following questions:

    1.    Do you know anyone employed at Correctional Training Facility or any other jail or prison? If so, who? What is your relationship with that person?

    2.    Do you know anyone who has been incarcerated? What is your relationship to that person?

1  3.  Have you or someone close to you had any interactions with law enforcement where you felt you were treated unfairly?  Please describe that situation.

4.  In the last two years, have you participated in protests against uses of force or shootings by law enforcement?

5.  Have you seen television shows, news programs, or movies, or read articles or books, or viewed any internet or social media postings concerning California Department of Corrections and Rehabilitation, the prison system, or police activity that would that affect your ability to serve as a fair and impartial juror?  What were they?

6.  Do you or someone close to you have a law enforcement or correctional background?

7.  Would the fact that the Plaintiff is an inmate affect your ability to serve as a fair and impartial juror?

8.  Would the fact that the Defendants are correctional staff members affect your ability to serve as a fair and impartial juror?

9.  Do you feel that if someone went to the trouble of filing a lawsuit and going to trial, they must deserve something?

10.  Has anyone you know been the victim of a crime?  Do you think that law enforcement handled that criminal investigation adequately?

11.  [Defendants' Proposed – Disputed by Plaintiff] Have you or someone close to you had any medical training?

12.  Do you believe that incarcerated people still have rights that should be protected?

13.  [Plaintiff's Proposed – Disputed by Defendants] Do you think that being a convicted felon affect's someone's credibility?

14.  [Plaintiff's Proposed – Disputed by Defendants] Would the fact that the Plaintiff is currently serving a prison sentence affect your ability to be fair and impartial?

15.  [Plaintiff's Proposed – Disputed by Defendants] Do you think incarcerated people often exaggerate or lie about mistreatment? Why or why not?

16.  [Plaintiff's Proposed – Disputed by Defendants] Would you tend to believe a corrections officer's testimony over that of an inmate, simply based on their job?

17. [Plaintiff's Proposed – Disputed by Defendants] If a prison guard and an inmate gave conflicting stories, could you weigh their testimony equally, or would you lean towards one over the other?

18. Do you believe that violence is something inmates should expect while in prison?

19. [Plaintiff's Proposed – Disputed by Defendants] Do you think prison officials are responsible for protecting inmates from harm by other inmates?

20. Do you have any strong beliefs about the criminal justice system that might prevent you from being fair to either side in this case?

Dated: August 21, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRISTOPHER H. FINDLEY
Supervising Deputy Attorney General


*/s/ Eric Miersma*

ERIC MIERSMA
Deputy Attorney General
*Attorneys for Defendants Lopez-Ortega and Whitman*

Dated: August 21, 2025

VENABLE LLP

*/s/ Zoe Gallagher*

Zoe Gallagher
Michael Gluk
John Worden
*Attorneys for Plaintiff Vargas*

1                   **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

2    Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I attest that

3 concurrence in the filing of this document has been obtained from each of the other signatories.

4

5 Dated:   August 21, 2025                         */s/ Christian M. Georgely*

6                                                            CHRISTIAN M. GEORGELY
Deputy Attorney General
7                                                            *Attorneys for Defendants Whitman and Lopez-Ortega*

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Vargas, Ernesto (V12122) v. L. Lopez, et al.** | No. | **3:23-cv-02490-TSH (PR)** |

I hereby certify that on <u>August 21, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT PROPOSED VOIR DIRE TO BE ASKED BY THE COURT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>August 21, 2025</u>, at San Diego, California.

| S. Garcia | *S. Garcia* |
|---|---|
| Declarant | Signature |

SF2023401544
85305907.docx