UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS,<br><br>        Plaintiff,<br><br>    v.<br><br>L. LOPEZ, et al.,<br><br>        Defendants. | Case No. 23-cv-02490-TSH<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING** |

The Court orders the parties to file a supplemental brief addressing the issue of comparative fault.

Defendants request a jury instruction on "Comparative Fault of Plaintiff." ECF No. 70, at 69. Vargas objects to this instruction because Defendants "have neither raised nor argued the defenses of comparative fault and/or contributory negligence in this action, including in their Answer." *Id.* at 71. However, Vargas and Defendants jointly proposed a verdict form that specifically asks the jury to determine whether "Plaintiff Vargas was negligent." ECF No. 64, at 6. And Defendants do not respond to Vargas's argument that Defendants waived a comparative fault defense.

Accordingly, the Court **ORDERS** the parties to file a joint brief, not to exceed five pages, setting forth their respective views on whether Defendants have raised the defenses of comparative fault or contributory negligence, and if not, whether those defenses are now waived. The parties shall file this brief no later than September 24, 2025.

**IT IS SO ORDERED.**

Dated: September 19, 2025

                                                                             THOMAS S. HIXSON<br>
                                                                             United States Magistrate Judge