1  JOHN S. WORDEN (SBN 267516)
    jsworden@venable.com
2  MICHAEL T. GLUK (SBN 326670)
    mtgluk@venable.com
3  ZOE GALLAGHER (SBN 355326)
    zgallagher@venable.com
4  VENABLE LLP
   101 California Street, Suite 3800
5  San Francisco, CA 94111
   Telephone:    415.653.3750
6  Facsimile:    415.653.3755

7  *Pro Bono Attorneys for Plaintiff
   Ernesto Vargas*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| ERNESTO VARGAS, | Case No. 3:23-cv-02490-TSH |
|---|---|
| Plaintiff, | **PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTHOUSE FOR USE DURING TRIAL AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTHOUSE FOR USE DURING TRIAL** |
| v. | |
| L. LOPEZ, et al., | |
| Defendants. | |
| | Trial Date: October 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: D; 15th Floor |
| | Judge: Hon. Thomas S. Hixson<br>Action Filed:   May 22, 2023 |

In accordance with this Court's October 7, 2025 Pre-Trial Order (ECF No. 106), Plaintiff Ernesto Vargas ("Plaintiff") requests leave to bring electronic and other equipment for an upcoming trial starting Monday, October 20, 2025 at 9:30 a.m. into the Courthouse and Courtroom D (15th Floor). Plaintiff seeks to bring the following equipment into the Courtroom:

- Laptops;
- Power and audio/video cables;
- Laser pointer and PowerPoint clicker;
- WiFi hotspots;
- Portable inkjet printer;
- Binder and binder carts;
- Easel; and
- Poster board.

The requested equipment will facilitate efficient presentation of evidence and argument to the Court during trial. As such, and for the convenience of the Court, the parties, witnesses, and in the interest of justice, Plaintiff should be granted leave to bring the aforementioned computer equipment, electronic devices and other equipment into the Courthouse and Courtroom beginning on Monday, October 20, 2025 at 9:30 a.m. and continuing until the completion of trial.

Dated: October 16, 2025                          VENABLE LLP

                                                 By: _____
                                                     Zoe Gallagher
                                                     Michael Gluk
                                                     John Worden
                                                     *Attorneys for Plaintiff Vargas*

**[PROPOSED] ORDER**

Plaintiff Ernesto Vargas requests leave to bring electronic and other equipment for an upcoming trial starting Monday, October 20, 2025 at 9:30 a.m. into the Courthouse and Courtroom D (15th Floor). Plaintiff seeks to bring the following equipment into the Courtroom:

- Laptops;
- Power and audio/video cables;
- Laser pointer and PowerPoint clicker;
- WiFi hotspots;
- Portable inkjet printer;
- Binder and binder carts;
- Easel; and
- Poster board.

ACCORDINGLY, IT IS ORDERED THAT:

1. Plaintiff is granted leave to bring the aforementioned computer equipment, electronic devices and other equipment into the Courthouse and Courtroom beginning on Monday, October 20, 2025 at 9:30 a.m. and continuing until the completion of trial.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Thomas S. Hixson
United States District Court