JOHN S. WORDEN (SBN 267516)
  jsworden@venable.com
MICHAEL T. GLUK (SBN 326670)
  mtgluk@venable.com
ZOE GALLAGHER (SBN 355326)
  zgallagher@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:     415.653.3755

*Pro Bono Attorneys for Plaintiff*
*Ernesto Vargas*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS<br><br>              Plaintiff,<br><br>      v.<br><br>L. LOPEZ, et al.,<br><br>              Defendants. | Case No. 3:23-cv-02490-TSH<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTHOUSE FOR USE DURING TRIAL AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO BRING ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTHOUSE FOR USE DURING TRIAL**<br><br>Trial Date: October 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: D; 15th Floor<br><br>Judge: Hon. Thomas S. Hixson<br>Action Filed:  May 22, 2023 |

In accordance with this Court's October 7, 2025 Pre-Trial Order (ECF No. 106), Plaintiff Ernesto Vargas ("Plaintiff") requests leave to bring electronic and other equipment for an upcoming trial starting Monday, October 20, 2025 at 9:30 a.m. into the Courthouse and Courtroom D (15th Floor). Plaintiff seeks to bring the following equipment into the Courtroom:

- Laptops;
- Power and audio/video cables;
- Laser pointer and PowerPoint clicker;
- WiFi hotspots;
- Portable inkjet printer;
- Binder and binder carts;
- Easel; and
- Poster board.

The requested equipment will facilitate efficient presentation of evidence and argument to the Court during trial. As such, and for the convenience of the Court, the parties, witnesses, and in the interest of justice, Plaintiff should be granted leave to bring the aforementioned computer equipment, electronic devices and other equipment into the Courthouse and Courtroom beginning on Monday, October 20, 2025 at 9:30 a.m. and continuing until the completion of trial.

Dated: October 16, 2025                     VENABLE LLP

By: Zoë Gallagher
Michael Gluk
John Worden
*Attorneys for Plaintiff Vargas*

1

**[PROPOSED] ORDER**

2    Plaintiff Ernesto Vargas requests leave to bring electronic and other equipment for an

3    upcoming trial starting Monday, October 20, 2025 at 9:30 a.m. into the Courthouse and

4    Courtroom D (15th Floor). Plaintiff seeks to bring the following equipment into the Courtroom:

5    • Laptops;

6    • Power and audio/video cables;

7    • Laser pointer and PowerPoint clicker;

8    • WiFi hotspots;

9    • Portable inkjet printer;

10   • Binder and binder carts;

11   • Easel; and

12   • Poster board.

13   ACCORDINGLY, IT IS ORDERED THAT:

14   1. Plaintiff is granted leave to bring the aforementioned computer equipment, electronic

15      devices and other equipment into the Courthouse and Courtroom beginning on Monday,

16      October 20, 2025 at 9:30 a.m. and continuing until the completion of trial.

17   **IT IS SO ORDERED.**

18

19   Dated: October 17, 2025

20

_____
Honorable Thomas S. Hixson
United States District Court

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO BRING
ELECTRONIC AND OTHER EQUIPMENT INTO THE COURTHOUSE FOR USE DURING TRIAL