JOHN S. WORDEN (SBN 267516)
jsworden@venable.com
MICHAEL T. GLUK (SBN 326670)
mtgluk@venable.com
ZOE GALLAGHER (SBN 355326)
zgallagher@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:    415.653.3750
Facsimile:    415.653.3755

*Pro Bono Attorneys for Plaintiff*
*Ernesto Vargas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. LOPEZ, et al.,<br><br>　　　　　Defendants. | Case No. 3:23-cv-02490-TSH<br><br>**[PROPOSED] ORDER AND UPDATED WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TRIAL**<br><br>Trial Date: October 20, 2025<br>Time: 9:30 a.m.<br>Courtroom: D; 15th Floor<br><br>Judge: Hon. Thomas S. Hixson<br>Action Filed:   May 22, 2023 |

      Mr. David Falcon (F-05898) is a necessary and material witness for the jury trial in this case commencing on October 20, 2025.  Mr. Falcon is scheduled to testify at trial on Tuesday, October 21, 2025, and/or Wednesday, October 22, 2025, at 9:00 a.m.  Mr. Falcon is incarcerated at the Correctional Training Facility ("CTF") located at P.O. Box 689, in Soledad, California 93960. ("CTF"), and in the custody of the prison's warden ("Warden").  To secure his participation in the jury trial, it is necessary to issue a Writ of Habeas Corpus Ad Testificandum commanding the Warden to transport Mr. Falcon to the nearest available correctional facility to the USDC Northern California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, on October 20, 2025.  Mr. Falcon is anticipated to appear on Tuesday, October 21, 2025 at 9:00 a.m. and Wednesday, October 22, 2025 at 9:00 a.m.  Out of an abundance of caution, he may also need to be available to appear on Thursday, October 23, 2025 at 9:00 a.m. This writ will also command the Warden to provide courtroom security for Mr. Falcon on Tuesday, October 21, 2025 and Wednesday, October 22, 2025 (and Thursday, October 23, 2025 if he has yet to testify) and to produce him to participate in the jury trial before the Honorable Thomas S. Hixson, beginning on Tuesday, October 21, 2025 at 9:00 a.m. in Courtroom D, Wednesday, October 22, 2025, at 9:00 a.m., and, (if he has yet to complete his trial testimony) on Thursday, October 23, 2025, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden to transport and produce Mr. David Falcon (F-05898) from CTF, to participate in a jury trial beginning at the time specified above, and to provide courtroom security for Mr. Falcon for the duration of his appearance, and thereafter return Mr. David Falcon (F-05898) to CTF.

2. The Warden is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of Court is directed to serve a copy of this Order and Writ of Habeas Corpus Ad Testificandum on Mike Barss, a Litigation Coordinator at CTF, via email:

Michael.Barss@cdcr.ca.gov and Chris.Aispuro@cdcr.ca.gov; and via fax: 831.678.5866.

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To: Warden at Correctional Training Facility, P.O. Box 689, Soledad, California, 93960:

WE COMMAND you to transport, provide courtroom security, and produce Mr. David Falcon (F-05898) to testify before the Honorable Thomas S. Hixson, at the times stated above.

FURTHER, you have been ordered to notify the Court of any change in custody of this inmate, and you are ordered to provide the new custodian with a copy of this writ.

Dated: _____, 2025

_____
Honorable Thomas S. Hixson
United States District Court