UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/20/2025 | **Time:** 9:39 AM – 3:12 PM  4: 22 | **Judge:** THOMAS S. HIXSON |
|---|---|---|
| **Case No.:** 23-cv-02490-TSH | **Case Name:** Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma
**Defendant Jury Consultant:** Patrice Truman

**Deputy Clerk:** Aris Garcia                **Court Reporter:** Ana Dub

**PROCEEDINGS**

**See below trial log.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Zoe Gallagher, Michael Gluk | Christian Georgely, Eric Miersma |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 10/20/2025 | Ana Dub | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10/20/2025 | | | | |
| | | 9:39 AM | | | Court is in session. All parties present. Discussion held without potential jury panel present. | |
| | | 9:45 AM | | | Defendants' [131] MOTION for Leave to File *Second Set of Motions in Limine is* Granted by the Court | |
| | | 9:45 AM | | | Arguments re: MIL 11 & 12 heard. | |
| | | 9:50 AM | | | Defendants' MIL 11 & 12 is Denied by the Court | |
| | | 10:00 AM | | | Jury assembled into the courtroom and sworn under oath. Court voir dire begins | |
| | | 10:46 AM | | | Court is in recess | |
| | | 11:02 AM | | | Court is back in session. All parties present. All potential jurors present. Court resumes voir dire. | |
| | | 12:09 PM | | | Court is in recess. | |
| | | 1:04 PM | | | Court back in session. Potential Jurors Not Present. Discussion held in Courtroom E, with counsel re: stipulation re: Juror #20. | |
| | | 1:11 PM | | | Court is back in session. All parties present. All potential jurors present. Court resumes voir dire. | |
| | | 1:40 PM | | | Plaintiff and Defendant counsel voir dire | |
| | | 1:57 PM | | | Potential Juror pool is in recess. Judge, Counsel and Court Reporter have discussion in Courtroom E. | |
| | | 2:41 PM | | | Court is back in session in Courtroom D. All parties present. All potential jurors from panel 1 present. | |
| | | 2:44 PM | | | 8 Jurors impaneled, sworn in by the CRD and Judge gives instructions to the jury. | |

|  |  | 3:12 PM |  |  | **Court adjourned for the day.** |  |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

Case 3:23-cv-02490-TSH   Document 137   Filed 10/20/25   Page 3 of 3