UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 10/21/2025 | Time: 9:31 AM – 3:36 PM<br>Total time (4:52) | Judge: THOMAS S. HIXSON |
|---|---|---|
| Case No.: 23-cv-02490-TSH | Case Name: Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma

**Deputy Clerk:** Aris Garcia          **Court Reporter:** Ana Dub

## PROCEEDINGS

See below trial log

ADMITTED EXHIBITS: W (pg. DEFS 532, DEFS 730, DEFS 479), A, B, 8, 3, EE (pg. DEFS 2714, DEFS 2717, DEFS 2720), 9, 2, 7, 5, 6, 22, GG,

WITNESSES: Ernesto Vargas

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Zoe Gallagher, Michael Gluk | Christian Georgely, Eric Miersma |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 10/21/2025 | Ana Dub | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 10/21/2025 | | | | |
| | | 9:31 AM | | | Case is called. All parties present. Discussion held without Jurors present. On break. Parties are Ordered to meet and confer regarding the presentation of exhibits as discussed on the record. | |
| | | 9:39 AM | | | Jury enters courtroom. Plaintiff counsel opening statement | |
| | | 10:02 AM | | | Defendant counsel opening statement | |
| | | **10:12 AM** | | | **Court is in recess.** | |
| | | 10:32 AM | | | Court is back in session. Discussion held outside the presence of the Jury. | |
| | | 10:38 AM | | | Jury enters courtroom | |
| | | 10:39 AM | | | Plaintiff calls Plaintiff Ernesto Vargas for direct examination by M. Gluck | |
| | W | 10:53 AM | X | X | May 25, 2021 Riot Incident Report, Page # DEFS532 | P |
| | A | 10:58 AM | X | X | October 23, 2019 Chrono (DEFS 2). | P |
| | B | 11:03 AM | X | X | January 30, 2020 Questionnaire DEFS 3 | P |
| 8 | | 11:07 AM | X | X | April 20, 2021 TCL Denial | P |
| 3 | | 11:11 AM | X | X | May 2021 Facility C Yard Rotation Schedule | p |

|    | EE | 11:16 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2714 | P |
|----|----|----------|---|---|-----------------------------------------------------------|---|
|    | EE | 11:23 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2717 | P |
|    | EE | 11:26 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2720 | P |
|    | W  | 11:32 AM | X | X | May 25, 2021 Riot Incident Report, Page # DEFS 730 | P |
|    | W  | 11:36 AM | X | X | May 25, 2021 Riot Incident Report, Page # DEFS 479 | P |
| 9  |    | 11:42 AM | X |   | May 25, 2021 Natividad Medical Records | P |
|    |    | 11:44 AM |   |   | Jury leaves the Courtroom. Arguments heard re: admission of Plaintiff's Exhibit 9 without the jury present. |   |
| 9  |    | 11:49 AM |   | X | May 25, 2021 Riot Incident Report, Page # DEFS 479. Jury re-enters the Courtroom. Plaintiff Counsel resumes direct exam of Plaintiff Vargas. | P |
| 1  |    | 11:57 AM | X | X | June 4, 2021 STG Designation | P |
|    |    | **12:00 AM** |   |   | **Court is in recess** |   |
|    |    | 12:53 PM |   |   | Court back in session. All Parties present. Jury enters courtroom and Plaintiff Counsel M. Gluk resumes direct examination of plaintiff Vargas |   |
| 2  |    | 12:55 PM | X | X | June 7, 2021 Rules Violation Report | P |
| 7  |    | 1:01 PM  | X | X | June 9, 2021 Inmate/Parolee Appeal CDCR 602 Form | P |
| 5  |    | 1:08 PM  | X | X | June 27, 2021 Disciplinary Hearing Results | P |
| 6  |    | 1:15 PM  | X | X | March 17, 2022 Government Claim Filing | P |
|    | FF | 1:19 PM  | X | X | Grievance No. 313038 | P |
| 22 |    | 1:27 PM  | X | X | Updated Medical Records of Ernesto Vargas (DEFS 2743-2747) | P |
|    |    | 1:31 PM  |   |   | Defendant Counsel C. Georgely cross-examination of plaintiff Vargas |   |
|    |    | **2:00 PM** |   |   | **Court is in recess** |   |
|    |    | 2:15 PM  |   |   | Court is back in session. Defendants Counsel C. Georgely resumes cross-examination of plaintiff Vargas |   |

|    | GG | 2:43 PM | X | X | Jury leaves the courtroom and arguments are heard re: admission of Def. Exhibit GG Plaintiff's medical records (DEFS 24, 25, 26) without the presence of the Jury. | D |
|    |    | 2:52 PM |   |   | Jury re-enters Courtroom. Defendants Counsel C. Georgely resumes cross-examination of plaintiff Vargas |   |
|    | HH | 3:00 PM | X |   | Personal Check | D |
|    |    | 3:16 PM |   |   | Plaintiff Counsel M. Gluk re-direct of plaintiff Vargas |   |
| 22 |    | 3:21 PM | X | X | Updated Medical Records of Ernesto Vargas | P |
|    |    | 3:31 PM |   |   | Jury is dismissed for the day. |   |
|    |    | 3:31 PM |   |   | Discussion held with counsel without the jury present |   |
|    |    | 3:36 PM |   |   | Court is in recess for the day |   |