| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Kyle A. Lewis<br>Supervising Deputy Attorney General<br>Christian M. Georgely<br>Deputy Attorney General<br>State Bar No. 322952<br>  1300 I Street, Suite 125<br>  Sacramento, CA 95814<br>  Telephone: (916) 210-7317<br>  Fax: (916) 324-5205<br>  E-mail: Christian.Georgely@doj.ca.gov<br>*Attorneys for Defendants*<br>*Whitman and Lopez-Ortega* | JOHN S. WORDEN (SBN 267516)<br>  jsworden@venable.com<br>MICHAEL T. GLUK (SBN 326670)<br>  mtgluk@venable.com<br>ZOE GALLAGHER (SBN 355326)<br>  zgallagher@venable.com<br>Venable LLP<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>Telephone: 415.653.3750<br>Facsimile: 415.653.3755<br><br>*Attorneys for Plaintiff*<br>*Ernesto Vargas* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNESTO VARGAS,**<br><br>                          Plaintiff,<br><br>  v.<br><br>**LOPEZ, et al.,**<br><br>                          Defendants. | Case No. 3:23-cv-02490-TSH<br><br>**STIPULATED JOINT PROPOSED AMENDED JURY INSTRUCTION NO. 17**<br><br>Judge:      Hon. Thomas S. Hixson<br>Trial Date:  October 20, 2025<br>Action Filed: May 22, 2023 |

      On October 21, 2025, the Court ordered the parties to meet and confer regarding Defendants Whitman and Lopez-Ortega's request to amend Jury Instruction No. 17. Jury Instruction No. 17 outlines the order that the trial will proceed. (ECF No. 133 at 19.) It currently provides that Plaintiff Vargas will present his case, and after Plaintiff presents his case, then Defendants will present their case. (*Id.*) Additionally, the Court has ordered that a witness will only be called to testify one time, which requires Defendants to present their case based on defense witnesses that Plaintiff calls during Plaintiff's presentation of evidence. Plaintiff has informed Defendants that he intends to call, when Plaintiff presents evidence, four of the seven witnesses Defendants identified in their witness list and intend to call when Defendants present

1

Jt. Proposed Am. Jury Instr. No. 17 (Case No. 3:23-cv-02490-TSH)

1  evidence. (*See* App'x A Defs.' Witness List, ECF No. 71-1; Defs.' Notice Updated Witness and
2  Ex. List, ECF No. 129.)
3       To more accurately inform the jury of the order in which this case is likely to be presented,
4  the parties request the Court amend Jury Instruction No. 17 to read as follows, with the proposed,
5  amended language in red font:

> Trials proceed in the following way: First, each side may make an opening statement. An opening statement is not evidence. It is simply an outline to help you understand what that party expects the evidence will show. A party is not required to make an opening statement.
>
> The Plaintiff will then present evidence, and counsel for the Defendants may cross-examine. Then the Defendants may present evidence, and counsel for Plaintiff may cross-examine. <span style="color:red">I have issued an order mandating that a witness will only testify once in support of any party's presentation of evidence in their case in chief. Therefore, if Plaintiff calls a witness to provide evidence in support of Plaintiff's presentation of evidence that Defendants intend to call to provide evidence in support of Defendants' presentation of evidence, Defendants' presentation of evidence relating to that particular witness will occur when Plaintiff presents evidence.</span>
>
> After the evidence has been presented, I will instruct you on the law that applies to the case and the attorneys will make closing arguments.
>
> After that, you will go to the jury room to deliberate on your verdict.

(Preliminary Jury Instructions at 19, ECF No. 133.)

2

Jt. Proposed Am. Jury Instr. No. 17 (Case No. 3:23-cv-02490-TSH)

| | | |
|---|---|---|
| 1 | Dated: October 21, 2025 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | KYLE A. LEWIS<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | ***/s/ Christian M. Georgely***<br>CHRISTIAN M. GEORGELY |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants Lopez-Ortega and Whitman* |
| 8 | | |
| 9 | Dated: October 21, 2025 | VENABLE LLP |
| 10 | | |
| 11 | | ***/s/ Zoe E. Gallagher***<br>Zoe E. Gallagher |
| 12 | | John S. Worden<br>Michael T. Gluk |
| 13 | | *Attorneys for Plaintiff*<br>*Ernesto Vargas* |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

| | | | |
|---|---|---|---|
| 18 | Dated: October 21, 2025 | By: | ***/s/ Christian M. Georgely*** |
| 19 | | | Christian M. Georgely |

SF2023401544
39391419.docx

3

Jt. Proposed Am. Jury Instr. No. 17 (Case No. 3:23-cv-02490-TSH)