UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/22/2025 | **Time:** 9:33 AM – 3:45 PM (Total time in Court. 4:39) | **Judge:** THOMAS S. HIXSON |
|---|---|---|
| **Case No.:** 23-cv-02490-TSH | **Case Name:** Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma

**Deputy Clerk:** Aris Garcia     **Court Reporter:** Ana Dub

### PROCEEDINGS

Admitted Exhibits: 23, 25, 24, EE (DEFS 2707, 2724), 21, W, C, E, R, P, O. I

Witnesses: Ernesto Vargas, David Falcon, Brian Dicey, Captain Seth Handley

See below trial log

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Zoe Gallagher, Michael Gluk | Christian Georgely, Eric Miersma |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 10/22/2025 | Ana Dub | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:33 AM | | | Court is in session. All parties present. Discussion held without the jury present. Court Orders DEFS 56, 57 designated as Plaintiff's Exhibit 7 and DEFS 58-61 as new Plaintiff's Exhibit 23. Arguments heard re: Plaintiff's Exhibit 24. | |
| 23 | | 9:36 AM | X | X | Inmate Parolee Appeal | P |
| | | 9:46 AM | | | Jury enters courtroom. The Court provides amended jury instruction to the Jury. | |
| | | 9:47 AM | | | Plaintiff Counsel M. Gluk resumes re-direct exam of Plaintiff Vargas | |
| 25 | | 9:56 AM | X | X | Plaintiff's Complaint | P |
| 24 | | 9:59 AM | X | X | Calculation Worksheet | P |
| | | 10:05 AM | | | Defendants Counsel C. Georgely re-cross exam of Plaintiff Vargas | |
| | | 10:13 AM | | | Plaintiff Counsel M. Gluck re-direct exam of Plaintiff Vargas | |
| | | **10:15 AM** | | | **Plaintiff Vargas is thanked and excused. Court is in recess.** | |
| | | 10:34 AM | | | Court is back in session. All parties present. Plaintiff 's witness David Falcon is brought into the courtroom outside the presence of the jury. | |
| | | 10:38 AM | | | Jury enters courtroom. **Plaintiff calls witness David Falcon** for direct examination by Plaintiff's counsel M. Gluk. Witness Falcon was placed under oath by the CRD. | |

|    |    |          |   |   |                                                                                                                                                  |   |
|----|----|----------|---|---|--------------------------------------------------------------------------------------------------------------------------------------------------|---|
|    |    | 11:01 AM |   |   | Cross-examination of Witness Falcon by Defendants Counsel E. Miersma                                                                             |   |
|    | EE | 11:07 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2707                                                                                        | D |
|    |    | 11:08 AM |   |   | Re-direct exam of witness Falcon by Plaintiff's counsel M. Gluk                                                                                  |   |
|    |    | 11:09 AM |   |   | Ree-cross exam of witness Falcon by Defendants' Counsel E. Miersma                                                                               |   |
|    |    | 11:09 AM |   |   | Witness Falcon is thanked and excused.                                                                                                           |   |
|    |    | 11:10 AM |   |   | Jury exits courtroom. Plaintiff witness Brian Dicey is brought into the Courtroom without the jurors present                                     |   |
|    |    | 11:13 AM |   |   | Jury enters the Courtroom. **Plaintiff's counsel M. Gluk calls witness Brian Dicey** for direct examination. Witness Dicey is placed under oath by the CRD. |   |
|    | EE | 11:34 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2724                                                                                        | P |
|    |    | 11:47 AM |   |   | Cross-examination of witness Dicey by Defendants' counsel E. Miersma                                                                             |   |
|    |    | 11:53 AM |   |   | Witness Dicey is thanked and excused. Court is in recess                                                                                         |   |
|    |    | **12:47 PM** |   |   | **Court back in session. Jury enters the courtroom.**                                                                                        |   |
|    |    | 12:49 PM |   |   | **Plaintiff Counsel Z. Gallagher calls witness Captain Seth Handley** for direct examination. Witness Handley is placed under oath by the CRD   |   |
| 21 |    | 12:53 PM | X | X | Tip E-mails                                                                                                                                      | P |
|    | W  | 1:26 PM  | X | X | May 25, 2021 Riot Incident Report                                                                                                                | P |
|    |    | **1:54 PM** |   |   | **Court is in recess**                                                                                                                         |   |
|    |    | 2:14 PM  |   |   | Court is back in session. Jury enters courtroom. Defendants' counsel C. Georgely begins cross-examination of Witness Handley.                   |   |
|    | C  | 2:24 PM  | X | X | Cal. Code Regs. tit. 15, § 3000                                                                                                                  | D |
|    | E  | 2:50 PM  | X | X | April 30, 2021 Roadmap to Reopening Memorandum                                                                                                   | D |
|    | R  | 2:55 PM  | X | X | Stipulated Settlement Agreement, ECF No. 367-1 at 2–12, *Mitchell v. Cate*, Case No. 2:08-cv-01196-TLN-EFB (E.D. Cal. Sept. 10, 2015)            | D |
|    | P  | 3:02 PM  | X | X | Program Status Report for May 25, 2021                                                                                                           | D |

|   |   | 3:13 PM |   |   | Plaintiff Counsel Z. Gallagher re-direct of witness Capt. Handley |   |
|---|---|---|---|---|---|---|
|   | O | 3:27 | X | X | Program Status Report for May 24, 2021 | P |
|   | I | 3:29 PM | X | X | Program Status Report for May 18, 2021 | P |
|   |   | 3:31 PM |   |   | Jury leaves the Courtroom. Arguments heard re: object to admission of Defendant's Exhibit I without the presence of the jury. |   |
|   |   | 3:34 PM |   |   | Jury enters the courtroom. Plaintiff Counsel Z. Gallagher resumes re-direct of witness Capt. Handley |   |
|   | H | 3:37 PM | X |   | Program Status Report for May 17, 2021 | P |
|   |   | 3:41 PM |   |   | Defendants Counsel C. Georgely re-cross of witness Capt. Handley |   |
|   |   | 3:44 PM |   |   | Witness Capt. Handley is thanked and excused |   |
|   |   | 3:45 PM |   |   | Court is in recess for the day. |   |