# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/22/2025 | **Time:** 9:24 – 3:30 (Total time: 4:40) | **Judge:** THOMAS S. HIXSON |
|---|---|---|
| **Case No.:** 23-cv-02490-TSH | **Case Name:** Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma

**Deputy Clerk:** Aris Garcia     **Court Reporter:** Irene Rodriguez

## PROCEEDINGS

**See below trial log**

Exhibits Admitted: U, EE (2665, 2666, 2668, 2673, 2706, 2710, 2716, 2662, 2664, 2718, 2719, 2722, 2735), H, T, 26, X, Z, 11

Witnesses: L. Lopez. Sgt. R. Glaze, Fire Captain B. Barron

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | | PLAINTIFF ATTORNEY: | | DEFENSE ATTORNEY: |
|---|---|---|---|---|
| Thomas S. Hixson | | Zoe Gallagher, Michael Gluk | | Christian Georgely, Eric Miersma |
| **TRIAL DATE:** | | **REPORTER(S):** | | **CLERK:** |
| 10/23/2025 | | Irene Rodriguez | | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:24 AM | | | Court is in session. All parties present. Jury enters the Courtroom. Plaintiff's counsel Z. Gallagher calls defendant L. Lopez for direct examination. Defendant placed under oath by the CRD. | |
| | | **10:40 AM** | | | **Court is in recess** | |
| | | 10:55 AM | | | Court is back in session. All parties present. Defendants' counsel E. Miersma begins cross-examination of defendant Lopez | |
| | U | 11:00 AM | X | X | Floor Plan for E-Wing | D |
| | EE | 11:04 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2665 | D |
| | EE | 11:06 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2666 | D |
| | EE | 11:06 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2668 | D |
| | EE | 11:08 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2673 | D |
| | EE | 11:10 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2706 | D |
| | EE | 11:11 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2710 | D |
| | EE | 11:13 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2716 | D |
| | H | 11:38 AM | X | X | Program Status Report for May 17, 2021 | D |
| | T | 11:41 AM | X | X | E-Wing Log Book May 25, 2021 Entry | D |

|    |    |          |   |   |                                                                                                                              |   |
|----|----|----------|---|---|------------------------------------------------------------------------------------------------------------------------------|---|
|    |    | 11:44 AM |   |   | Plaintiff's counsel Z. Gallagher begins re-direct examination of defendant Lopez                                             |   |
|    |    | **11:56 AM** |   |   | **Jury is dismissed for lunch. Discussion held outside of the presence of the jury. Court in recess**                    |   |
|    |    | 12:52 PM |   |   | Court back in session. Discussion held outside the presence of the jury.                                                      |   |
|    |    | 12:57 PM |   |   | Jury enters the courtroom. Plaintiff's counsel Z. Gallagher resumes re-direct examination of defendant Lopez                |   |
| 26 |    | 12:57 PM | X | X | CTF Facility C Central Library Schedule                                                                                      | P |
|    |    | 1:00 PM  |   |   | Defendants' counsel E. Miersma begins re-cross examination of defendant Lopez                                                |   |
|    |    | 1:03 PM  |   |   | Defendant Lopez is thanked and excused                                                                                        |   |
|    |    | 1:04 PM  |   |   | Plaintiff's counsel Z. Gallagher calls witness Sgt. R. Glaze for direct examination. Witness Glaze placed under oath by CRD. |   |
|    | X  | 1:13 PM  | X | X | Photographic Overview of Yard                                                                                                 | P |
|    | Y  | 1:38 PM  | X |   | CDCR Form 7219 of Vargas                                                                                                      | P |
|    | Z  | 1:40 PM  | X | X | Rules Violation Report Hearing Results                                                                                        | P |
|    |    | 1:46 PM  |   |   | Defendants' counsel E. Miersma begins cross-examination of witness Glaze.                                                     |   |
|    | EE | 1:50 PM  | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2662                                                                     | D |
|    | EE | 1:54 PM  | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2664                                                                     | D |
|    | EE | 2:05 PM  | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2718                                                                     | D |
|    | EE | 2:07 PM  | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2719                                                                     | D |
|    | EE | 2:10 PM  | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2722                                                                     | D |
|    | EE | 2:11 PM  | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2735                                                                     | D |
|    |    | 2:31 PM  |   |   | Plaintiff's counsel Z. Gallagher re-direct examination of witness Glaze                                                       |   |
|    |    | 2:40 PM  |   |   | Defendants' counsel E. Miersma re-cross examination of witness Glaze.                                                         |   |
|    |    | 2:42 PM  |   |   | Plaintiff's counsel Z. Gallagher further re-direct examination of witness Glaze                                               |   |
|    |    | 2:45 PM  |   |   | Witness Glaze is thanked and excused. **Court in recess**                                                                     |   |

|    |    | 3:00 PM |   |   | Court is in session. All parties present. Discussion held without the presence of the jury |   |
|----|----|---------|---|---|---------------------------------------------------------------------------------------------|---|
|    |    | 3:05 PM |   |   | Jury enters the courtroom. Plaintiff's counsel Z. Gallagher calls witness Fire Captain B. Barron for direct examination. |   |
| 11 |    | 3:12 PM | X | X | August 20, 2019 Crime/Incident Report, Log No. CTF-FCP-19-08-0130 | P |
|    |    | 3:26 PM |   |   | Defendants' counsel C. Georgely cross examination of witness Barron. |   |
|    |    | 3:30 PM |   |   | Court is in recess for the day. |   |