# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/22/2025 | **Time:** 9:33 AM – 3:45 PM (Total time in Court. 4:39) | **Judge:** THOMAS S. HIXSON |
|---|---|---|
| **Case No.:** 23-cv-02490-TSH | **Case Name:** Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma

**Deputy Clerk:** Aris Garcia          **Court Reporter:** Ana Dub

## PROCEEDINGS

Admitted Exhibits: 23, 25, 24, EE (DEFS 2707, 2724), 21, W, C, E, R, P, O. I

Witnesses: Ernesto Vargas, David Falcon, Berlan Dicey, Captain Seth Handley

See below trial log

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Zoe Gallagher, Michael Gluk | Christian Georgely, Eric Miersma |
| TRIAL DATE: | REPORTER(S): | CLERK: |
| 10/22/2025 | Ana Dub | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 9:33 AM |  |  | Court is in session. All parties present. Discussion held without the jury present. Court Orders DEFS 56, 57 designated as Plaintiff's Exhibit 7 and DEFS 58-61 as new Plaintiff's Exhibit 23. Arguments heard re: Plaintiff's Exhibit 24. |  |
| 23 |  | 9:36 AM | X | X | Inmate Parolee Appeal | P |
|  |  | 9:46 AM |  |  | Jury enters courtroom. The Court provides amended jury instruction to the Jury. |  |
|  |  | 9:47 AM |  |  | Plaintiff Counsel M. Gluk resumes re-direct exam of Plaintiff Vargas |  |
| 25 |  | 9:56 AM | X | X | Plaintiff's Complaint | P |
| 24 |  | 9:59 AM | X | X | Calculation Worksheet | P |
|  |  | 10:05 AM |  |  | Defendants Counsel C. Georgely re-cross exam of Plaintiff Vargas |  |
|  |  | 10:13 AM |  |  | Plaintiff Counsel M. Gluck re-direct exam of Plaintiff Vargas |  |
|  |  | **10:15 AM** |  |  | **Plaintiff Vargas is thanked and excused. Court is in recess.** |  |
|  |  | 10:34 AM |  |  | Court is back in session. All parties present. Plaintiff 's witness David Falcon is brought into the courtroom outside the presence of the jury. |  |
|  |  | 10:38 AM |  |  | Jury enters courtroom. **Plaintiff calls witness David Falcon** for direct examination by Plaintiff's counsel M. Gluk. Witness Falcon was placed under oath by the CRD. |  |

|  |  | 11:01 AM |  |  | Cross-examination of Witness Falcon by Defendants Counsel E. Miersma |  |
|---|---|---|---|---|---|---|
|  | EE | 11:07 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2707 | D |
|  |  | 11:08 AM |  |  | Re-direct exam of witness Falcon by Plaintiff's counsel M. Gluk |  |
|  |  | 11:09 AM |  |  | Ree-cross exam of witness Falcon by Defendants' Counsel E. Miersma |  |
|  |  | 11:09 AM |  |  | Witness Falcon is thanked and excused. |  |
|  |  | 11:10 AM |  |  | Jury exits courtroom. Plaintiff witness Berlan Dicey is brought into the Courtroom without the jurors present |  |
|  |  | 11:13 AM |  |  | Jury enters the Courtroom. **Plaintiff's counsel M. Gluk calls witness Brian Dicey** for direct examination. Witness Dicey is placed under oath by the CRD. |  |
|  | EE | 11:34 AM | X | X | CTF E-Wing, Main Corridor, and Yard Photographs DEFS 2724 | P |
|  |  | 11:47 AM |  |  | Cross-examination of witness Dicey by Defendants' counsel E. Miersma |  |
|  |  | 11:53 AM |  |  | Witness Dicey is thanked and excused. Court is in recess |  |
|  |  | **12:47 PM** |  |  | **Court back in session. Jury enters the courtroom.** |  |
|  |  | 12:49 PM |  |  | **Plaintiff Counsel Z. Gallagher calls witness Captain Seth Handley** for direct examination. Witness Handley is placed under oath by the CRD |  |
| 21 |  | 12:53 PM | X | X | Tip E-mails | P |
|  | W | 1:26 PM | X | X | May 25, 2021 Riot Incident Report | P |
|  |  | **1:54 PM** |  |  | **Court is in recess** |  |
|  |  | 2:14 PM |  |  | Court is back in session. Jury enters courtroom. Defendants' counsel C. Georgely begins cross-examination of Witness Handley. |  |
|  | C | 2:24 PM | X | X | Cal. Code Regs. tit. 15, § 3000 | D |
|  | E | 2:50 PM | X | X | April 30, 2021 Roadmap to Reopening Memorandum | D |
|  | R | 2:55 PM | X | X | Stipulated Settlement Agreement, ECF No. 367-1 at 2–12, *Mitchell v. Cate*, Case No. 2:08-cv-01196-TLN-EFB (E.D. Cal. Sept. 10, 2015) | D |
|  | P | 3:02 PM | X | X | Program Status Report for May 25, 2021 | D |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 3:13 PM | | | Plaintiff Counsel Z. Gallagher re-direct of witness Capt. Handley | |
| | O | 3:27 | X | X | Program Status Report for May 24, 2021 | P |
| | I | 3:29 PM | X | X | Program Status Report for May 18, 2021 | P |
| | | 3:31 PM | | | Jury leaves the Courtroom. Arguments heard re: object to admission of Defendant's Exhibit I without the presence of the jury. | |
| | | 3:34 PM | | | Jury enters the courtroom. Plaintiff Counsel Z. Gallagher resumes re-direct of witness Capt. Handley | |
| | H | 3:37 PM | X | | Program Status Report for May 17, 2021 | P |
| | | 3:41 PM | | | Defendants Counsel C. Georgely re-cross of witness Capt. Handley | |
| | | 3:44 PM | | | Witness Capt. Handley is thanked and excused | |
| | | 3:45 PM | | | Court is in recess for the day. | |