UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 10/24/2025 | Time: 9:21 AM – 3:40 PM (Total time 5:28) | Judge: THOMAS S. HIXSON |
|---|---|---|
| Case No.: 23-cv-02490-TSH | Case Name: Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma

| **Deputy Clerk:** Aris Garcia | **Court Reporter:** Irene Rodriguez |
|---|---|

### PROCEEDINGS

**See below trial log**

Exhibits Admitted: 15, 15, 27, 18, 16, 28, JJ, II, AA

Witnesses: Fire Captain B. Barron, Defendant C. Whitman

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Zoe Gallagher, Michael Gluk | Christian Georgely, Eric Miersma |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 10/24/2025 | Irene Rodriguez | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:21 AM | | | Court is in session. All parties present. Discussion held without the presence of the jury. | |
| | | 9:39 AM | | | Jury enters courtroom. Defendants' counsel C. Georgely resumes cross examination of witness Barron | |
| | KK | 9:51 AM | X | | Demonstrative photo of mini-14 rifle. | D |
| | | 10:13 AM | | | Plaintiff's counsel Z. Gallagher re-direct of witness Barron | |
| | | 10:23 AM | | | Defendants' counsel C. Georgely re-cross examination of witness Barron | |
| | | 10:23 AM | | | Witness Barron is thanked and excused | |
| | | 10:24 AM | | | Plaintiff's Counsel Z. Gallagher calls defendant C. Whitman for direct examination. | |
| 17 | | 10:30 AM | X | X | May 25, 2021 Inmate Transport and Guarding Assessment | P |
| 15 | | 10:33 AM | X | X | May 25, 2021 Notice of Unusual Occurrence | P |
| 27 | | 10:41 AM | X | X | E-Mails DEFS 866-867 | P |
| | | 10:42 AM | | | Jury leaves the Courtroom. Discussion held with counsel re: DEFS 866. **Court is in recess** | |
| | | 11:00 AM | | | Court is back in session. Discussion held with counsel outside the presence of the jury | |
| | | 11:05 AM | | | Jury enters courtroom. Plaintiff Counsel Z. Gallagher resumes direct examination of defendant Whitman. | |

| 18 |    | 11:47 AM | X | X | May 25, 2021 Email from C. Whitman to Officer McDonald | P |
|----|----|----------|---|---|--------------------------------------------------------|---|
| 16 |    | 11:51 AM | X | X | June 27, 2021 Email from Officer Whitman to Officer Mowery | P |
|    |    | **12:08 PM** |   |   | **Court is in recess** |   |
|    |    | 1:03 PM  |   |   | Court is back in session. All parties present. Jury enters courtroom. Plaintiff's Counsel Z. Gallagher resumes direct examination of defendant Whitman |   |
| 28 |    | 1:19 PM  | X | X | E-mail DEFS 871 | P |
|    |    | 1:32 PM  |   |   | Defendants' counsel C. Georgely begins cross examination of defendant Whitman |   |
|    | JJ | 1:49 PM  | X | X | Section of DOM | D |
|    | II | 2:03 PM  | X | X | Classification Reviews | D |
|    | AA | 2:21 PM  | X | X | Cal. Code Regs. tit. 15, § 3005 | D |
|    |    | **2:30 PM** |   |   | **Court is in recess** |   |
|    |    | 2:51 PM  |   |   | Court is back in session. All parties present. Jury enters the courtroom. Defendants' Counsel resumes cross-examination of defendant Whitman |   |
|    |    | **3:40 PM** |   |   | **Court is in recess** |   |