UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS,<br>　　　　　Plaintiff,<br>　　v.<br>L. LOPEZ, et al.,<br>　　　　　Defendants. | Case No. 23-cv-02490-TSH<br><br>**ORDER FOR JURY MEALS DURING DELIBERATIONS** |

　　　　IT IS HEREBY ORDERED that, pursuant to the Guide to Judiciary Policy, the Clerk's Office shall furnish lunch for the members of the jury for each day the jury is in deliberations.

　　　　IT IS SO ORDERED.

Dated: October 27, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

*Rev.03/19*