# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/28/2025 | **Time:** 9:23 AM – 3:30 PM (total time: 3:27) | **Judge:** THOMAS S. HIXSON |
|---|---|---|
| **Case No.:** 23-cv-02490-TSH | **Case Name:** Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma

**Deputy Clerk:** Aris Garcia                    **Court Reporter:** Ana Dub

## PROCEEDINGS

See below trial log

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Zoe Gallagher, Michael Gluk | Christian Georgely, Eric Miersma |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 10/28/2025 | Ana Dub | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:23 AM | | | Court is in session. All parties present. Charging conference Held outside the presence of the jury. | |
| | | **10:00 AM** | | | **Court is in recess** | |
| | | 10:38 AM | | | Court is back in session. All parties present. Discussion held re: final jury instructions outside the presence of the jury. | |
| | | **10:53 AM** | | | **Court is in recess** | |
| | | 11:20 AM | | | Court is back in session. All parties present. Jury enters the courtroom. Plaintiff counsel Z. Gallagher closing argument. | |
| | | **12:15 PM** | | | **Court is in recess** | |
| | | 1:05 PM | | | Court is back in session. All parties present. Jury present. Defendants' counsel C. Georgely closing argument. | |
| | | 2:04 PM | | | Plaintiff's counsel Z. Gallagher rebuttal closing argument. | |
| | | 2:10 PM | | | The Court reads Final Jury Instructions. | |
| | | **2:45 PM** | | | **Jury begins deliberation** | |
| | | **3:30 PM** | | | **Court is in recess.** | |