# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** 10/28/2025 | **Time:** 9:00 AM - 3:53 PM <br> **Total time in court: 16 mins** | **Judge:** THOMAS S. HIXSON |
|---|---|---|
| **Case No.:** 23-cv-02490-TSH | **Case Name:** Vargas v. Lopez et al | |

**Attorney for Plaintiff:** Zoe Gallagher, Michael Gluk
**Paralegal for Plaintiff Counsel:** Yvette Lopez
**Attorney for Defendant:** Christian Georgely, Eric Miersma

**Deputy Clerk:** Aris Garcia          **Court Reporter:** Ana Dub

# PROCEEDINGS

**See below log**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 23-cv-02490-TSH
Case Name: Vargas v. Lopez et al

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| Thomas S. Hixson | Zoe Gallagher, Michael Gluk | Christian Georgely, Eric Miersma |
| **TRIAL DATE:** | **REPORTER(S):** | **CLERK:** |
| 10/29/2025 | Ana Dub | Aris Garcia |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 9:00 AM | | | Jury in deliberations | |
| | | 3:37 PM | | | Court is in session. All parties present. The Court reads Verdict without the presence of the jury | |
| | | 3:40 PM | | | Jury enters and is polled by The Court | |
| | | 3:43 PM | | | Jury exits courtroom. Discussion held with counsel outside the presence of the jury | |
| | | 3:44 PM | | | Jury enters the courtroom. Jury is discharged by the Court. | |
| | | 3:50 PM | | | The WRIT OF HABEAS CORPUS AD TESTIFICANDUM as to Plaintiff is Discharged by the Court | |
| | | 3:53 PM | | | Court is adjourned | |