UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS,<br><br>   Plaintiff,<br><br>  v.<br><br>L. LOPEZ, et al.,<br><br>   Defendants. | Case No. 23-cv-02490-TSH<br><br>**VERDICT FORM** |

## VIOLATIONS OF 42 U.S.C. § 1983

### (AGAINST DEFENDANT WHITMAN)

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that Defendant Lieutenant Whitman violated Plaintiff Vargas's First Amendment rights?

☐ Yes.

☑ No.

*If you answered YES, go to Question No. 2.*

*If you answered NO, skip Question Nos. 2, 3, and 4 and go to Question No. 5.*

**QUESTION NO. 2:**

What amount of money, if any, do you award Plaintiff Vargas for damages caused by Defendant Lieutenant Whitman? Only provide an amount below if you answered "Yes" in Question No. 1.

$ _____

*If you entered any amount here, skip Question No. 3 and proceed to Question No. 4.*

*If you entered zero amount here, go to Question No. 3.*

**QUESTION NO. 3:**

If you entered zero amount in Question No. 2, you must award nominal damages between $0.01 and $1.00. What amount of nominal damages do you award Plaintiff Vargas for damages caused by Defendant Lieutenant Whitman?

$ _____

*Go to Question No. 4.*

**QUESTION NO. 4:**

If you answered "Yes" to Question No. 1, do you find that Defendant Lieutenant Whitman's conduct was malicious, oppressive, or in reckless disregard of Plaintiff Vargas's constitutional rights?

☐ Yes.

☐ No.

***Go to Question No. 5.***

# VIOLATIONS OF 42 U.S.C. § 1983

## (AGAINST DEFENDANT LOPEZ-ORTEGA)

**QUESTION NO. 5:**

Do you find by a preponderance of the evidence that Defendant Officer Lopez-Ortega violated Plaintiff Vargas's Eighth Amendment rights?

☐ Yes.

☒ No.

*If you answered YES, go to Question No. 6.*

*If you answered NO, skip Question Nos. 6, 7, and 8 and go to Question No. 9.*

**QUESTION NO. 6:**

What amount of money, if any, do you award Plaintiff Vargas for damages caused by Defendant Officer Lopez-Ortega? Only provide an amount below if you answered "Yes" in Question No. 5.

$_____

*If you entered any amount here, skip Question No. 7 and proceed to Question No. 8.*

*If you entered zero amount here, go to Question No. 7.*

**QUESTION NO. 7:**

If you entered zero amount in Question No. 6, you must award nominal damages between $0.01 and $1.00. What amount of nominal damages do you award Plaintiff Vargas for damages caused by Defendant Officer Lopez-Ortega?

$_____

*Go to Question No. 8.*

**QUESTION NO. 8:**

If you answered "Yes" to Question No. 5, do you find that Defendant Officer Lopez-Ortega's conduct was malicious, oppressive, or in reckless disregard of Plaintiff Vargas's constitutional rights?

☐ Yes.

☒ No.

*Go to Question No. 9.*

# NEGLIGENCE

## (AGAINST DEFENDANT LOPEZ-ORTEGA)

**QUESTION NO. 9:**

Do you find by a preponderance of the evidence that Defendant Officer Lopez-Ortega was negligent, and that the negligence was a substantial factor in causing harm to Plaintiff Vargas?

☐ Yes.

☒ No.

*If you answered YES, go to Question No. 10.*

*If you answered NO, stop here, answer no further questions, and have the foreperson sign, date and return this form.*

**QUESTION NO. 10:**

What amount of money, if any, do you award Plaintiff Vargas for damages caused by Defendant Officer Lopez-Ortega? Only provide an amount below if you answered "Yes" in Question No. 9.

$ _____

*Go to Question No. 11.*

**QUESTION NO. 11:**

If you answered "Yes" to Question No. 9, do you find by clear and convincing evidence that Defendant Officer Lopez-Ortega engaged in negligent conduct with malice, oppression, or fraud?

☐ Yes.

☒ No.

6

**Sign and Date**

Once you have completed the verdict form, please sign and date it below:

We, the jury, unanimously answered the preceding question(s) according to our deliberations.

Dated: 10/29/25                    _____/s/ Louis M._____
                                                    Foreperson

7