UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS,<br><br>              Plaintiff,<br><br>     v.<br><br>L. LOPEZ, et al.,<br><br>              Defendants. | Case No. 23-cv-02490-TSH<br><br>**ORDER RE: TRIAL EXHIBITS** |

The Court **ORDERS** the parties to comply with Civil Local Rule 5-1(g), which says:

(1) Mandatory Electronic Filing.  Unless otherwise ordered by the Court, exhibits offered during trial shall be filed on the docket within ten days of a trial verdict.

(A) The parties shall file through the CM/ECF event "Admitted Exhibits" those exhibits admitted for review by the trier of fact.  These exhibits shall be accompanied by a Joint Certification of Counsel that the exhibits are true and correct copies of the exhibits submitted to the trier of fact in the matter.

(B) The parties may file any exhibits that were offered but not admitted by the judge using the CM/ECF event "Exhibits Not Admitted," which will automatically file the documents under seal.  These exhibits shall be accompanied by a Joint Certification of Counsel that the exhibits are true and correct copies of the exhibits offered but not admitted by the judge.

(2) Redaction.  Before electronically filing exhibits under this rule, the filer must redact any information the judge ruled the public may not view.  Such exhibits should be filed following the procedure in Local Rule 79-5(d).

(3) Physical Exhibits.  When a party offers or introduces physical exhibits into evidence, they must electronically file a photograph of that physical exhibit in accordance with subsection (g)(1) of this rule.  Nothing contained in this Local Rule shall prevent the presiding judge from entering an order with respect to the handling, custody, or

storage of any exhibit.

(4) Digital Exhibits not Supported by CM/ECF. Parties must upload electronic records in a format unsupported by CM/ECF (e.g., audio or video files) to an online location designated by the Clerk's Office. Parties must include the titles of exhibits filed using this method in the list of "Admitted Exhibits" filed pursuant to subsection (g)(1) of this rule.

**IT IS SO ORDERED.**

Dated: October 29, 2025

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California