UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS, | Case No. 23-cv-02490-TSH |
| Plaintiff, | |
| v. | **JUDGMENT** |
| L. LOPEZ, et al., | |
| Defendants. | |

On October 29, 2025, the jury entered a unanimous verdict in favor of Defendants Officer L. Lopez-Ortega and Lieutenant C. Whitman and against Plaintiff Ernesto Vargas. ECF No. 158. Accordingly, the Court hereby **ENTERS JUDGMENT** in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 29, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge