| | |
|---|---|
| 1 | JOHN S. WORDEN (SBN 267516) |
|   | jsworden@venable.com |
| 2 | MICHAEL T. GLUK (SBN 326670) |
|   | mtgluk@venable.com |
| 3 | ZOE GALLAGHER (SBN 355326) |
|   | zgallagher@venable.com |
| 4 | VENABLE LLP |
|   | 101 California Street, Suite 3800 |
| 5 | San Francisco, CA 94111 |
|   | Telephone:   415.653.3750 |
| 6 | Facsimile:   415.653.3755 |

*Pro Bono Attorneys for Plaintiff Ernesto Vargas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERNESTO VARGAS | Case No. 3:23-cv-02490-TSH |
|---|---|
| Plaintiff, | **DECLARATION OF ZOE E. GALLAGHER IN SUPPORT OF MOTION TO STRIKE COSTS** |
| v. | |
| L. LOPEZ, et al., | *(Filed concurrently with Motion to Strike Costs and Declaration of Ernesto Vargas in Support of Motion to Strike Costs)* |
| Defendants. | |
| | Hearing Date: January 8, 2026 |
| | Time:        10:00 a.m. |
| | Courtroom:   E – 15th Floor |
| | Judge: Hon. Thomas S. Hixson |
| | Action Filed:  May 22, 2023 |
| | Trial Date: October 20, 2025 |
| | Judgment Entered: October 29, 2025 |

-1-
DECLARATION OF ZOE E. GALLAGHER ISO MOTION TO STRIKE COSTS

## DECLARATION OF ZOE E. GALLAGHER

I, Zoe E. Gallagher, declare as follows:

1. I am an attorney at the law firm of Venable LLP, and I am admitted in this Court. I am among counsel of record for Plaintiff Ernesto Vargas ("Plaintiff") in the above-referenced action. This declaration is submitted in support of Plaintiff's Motion to Strike Costs. I have personal knowledge of the facts set forth in this declaration. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Upon information and belief, counsel for Defendants requested that all three incarcerated witnesses, Messrs. Ernesto Vargas, David Falcon, and Berlan Dicey, be transported separately from the Correctional Training Facility in Monterey County to San Quentin in Marin County.

3. Upon information and belief, this is an unusual request as it results in additional costs for taxpayers.

4. Upon information and belief, as of November 26, 2025, Vargas has yet to be accepted back into his prior job position, nor has he been assigned a new job.

5. The case was submitted to the jury for deliberations on the afternoon of October 28, 2025, and a verdict was reached a full day later, on the afternoon of October 29, 2025.

6. I discussed the contents of Plaintiff's declaration, filed concurrently herewith, with Plaintiff before sending him a copy for his signature. During that discuss, Plaintiff confirmed the truth of the contents of his declaration.

7. My office mailed Plaintiff his declaration for his signature early last week (around November 17) and he received it yesterday, November 25, 2025. Plaintiff has signed his declaration and placed it in the mail yesterday.

8. Once my office receives Plaintiff's signed declaration, we will file it with the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 26th day of November, 2025, in San Francisco, California.

                                                                        /s/ *Zoe E. Gallagher*
                                                                         Zoe E. Gallagher