JOHN S. WORDEN (SBN 267516)
jsworden@venable.com
MICHAEL T. GLUK (SBN 326670)
mtgluk@venable.com
ZOE GALLAGHER (SBN 355326)
zgallagher@venable.com
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone:   415.653.3750
Facsimile:   415.653.3755

*Pro Bono Attorneys for Plaintiff
Ernesto Vargas*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO VARGAS,<br><br>             Plaintiff,<br><br>     v.<br><br>L. LOPEZ, et al.,<br><br>             Defendants. | Case No. 3:23-cv-02490-TSH<br><br>**DECLARATION OF ERNESTO VARGAS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE OR TAX COSTS**<br><br>*(Filed concurrently with Motion to Strike Costs and Declaration of Zoe Gallagher in Support of Motion to Strike Costs)*<br><br>Hearing Date: January 8, 2026<br>Time:           10:00 a.m.<br>Courtroom:   E – 15th Floor<br><br>Judge: Hon. Thomas S. Hixson<br><br>Action Filed:  May 22, 2023<br>Trial Date: October 20, 2025<br>Judgment Entered: October 29, 2025 |

**DECLARATION OF ERNESTO VARGAS**

I, Ernesto Vargas, declare as follows:

1. I am an inmate at Correctional Training Facility ("CTF") in the custody of the California Department of Corrections and Rehabilitation. I filed the complaint in this case on May 22, 2023, to pursue claims against Defendant L. Lopez-Ortega and Defendant C. Whitman arising from incidents that took place on May 25, 2021. I make this declaration based on personal knowledge, and if called as a witness, I could and would competently testify to the matters stated herein.

2. I was required to pay about $400 as a filing fee to bring my May 22, 2023 complaint.

3. I am still paying the approximately $400 filing fee, as I could not afford to pay $400 at the time I brought my complaint.

4. I brought my complaint without lawyers (*pro se*) and filed an application and declaration requesting to proceed *in forma pauperis*.

5. I was later paired with lawyers at Venable LLP who helped with my case and represented me at trial.

6. At the time of the May 25, 2021 incident where I was attacked, I made $0.08/hour working as a porter.

7. At some point in 2023, I started a new job where I made $0.55/hour.

8. I continued to work that job until I was transferred to San Quentin for trial on October 17, 2025.

9. While at San Quentin I was housed in solitary confinement and was unable to work.

10. I was returned to CTF on November 4, 2025, six days after the verdict was reached in my case. I do not know why I was held in solitary confinement at San Quentin for six days past when the verdict was reached.

11. Once I was back at CTF, I was told that I no longer had my job (where I made $0.55/hour).

12. I spoke to Correctional Officer Wilson and asked that he help me get my job back.

-1-
DECLARATION OF ERNESTO VARGAS IN SUPPORT OF MOTION TO STRIKE COSTS

13. I also asked my friend to speak with Eric, the work supervisor, about getting my job back.

14. As of November 14, 2025, when I spoke with my lawyer Ms. Gallagher to discuss this declaration, I have not gotten my job (or any job) back; I am unemployed.

15. I do not have any other income or financial support. I do not have any way to pay the more than $12,000 Defendants requested.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on the 25th day of November, 2025, in Soledad, California.

<u>  (SIGNED DECLARATION FORTHCOMING)  </u>
Ernesto Vargas

-2-
DECLARATION OF ERNESTO VARGAS IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE OR TAX COSTS