```
 1  ROB BONTA
    Attorney General of California
 2  KYLE A. LEWIS
    Supervising Deputy Attorney General
 3  CHRISTIAN M. GEORGELY
    Deputy Attorney General
 4  State Bar No. 322952
     1300 I Street, Suite 125
 5   Sacramento, CA 95814
     Telephone:  (916) 210-7317
 6   Fax:  (916) 324-5205
     E-mail:  Christian.Georgely@doj.ca.gov
 7  Attorneys for Defendants
    Whitman and Lopez-Ortega
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ERNESTO VARGAS,**<br><br>                                    Plaintiff,<br><br>     v.<br><br>**LOPEZ, et al.,**<br><br>                                    Defendants. | Case No. 3:23-cv-02490-TSH<br><br>**DECLARATION OF C. GEORGELY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE BILL OF COSTS**<br><br>Date:         January 8, 2026<br>Time:        10:00 a.m.<br>Courtroom: E<br>Judge:       Hon. Thomas S. Hixson<br>Trial Date: October 20, 2025<br>Action Filed: May 22, 2023 |

   I, Christian M. Georgely declare:

   1.   I am an attorney admitted to practice in California and before this Court. I am employed by the California Department of Justice, Office of the Attorney General as a Deputy Attorney General in the Correctional Law Section. I am counsel of record for Defendants Whitman and Lopez-Ortega in this action.

/ / /

/ / /

1

1  2. Counsel for Vargas has not met and conferred with me regarding the bill of costs Defendants filed in this matter. Beyond filing the motion to strike, counsel for Vargas has not communicated with me in any manner regarding Defendants' bill of costs and has not contacted me or my office to schedule any meet and confer regarding Defendants' bill of costs.

3. Counsel for Vargas has not met and conferred with me regarding the hearing date for the present motion to strike. I am unable to attend the scheduled January 8, 2026 hearing because of obligations in other matters. Specifically, on January 8, 2026, I am scheduled to appear in Bakersfield, California, at a hearing on a pending motion for summary adjudication in *Adams v. Dahl*, Case No. BCV-20-102155 (Kern Cnty. Super. Ct.). That hearing was set on November 12, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 10, 2025.

                                       */s/ Christian M. Georgely*
                                       CHRISTIAN M. GEORGELY
                                       Deputy Attorney General
                                       California Attorney General's Office

SF2023401544
39512954

2

Decl. Georgely Supp. Defs.' Opp'n Pl.'s Mot. Strike Costs (Case No. 3:23-cv-02490-TSH)