# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Vargas, Ernesto (V12122) v. L. Lopez, et al.** | Case No. | **3:23-cv-02490-TSH** |

I hereby certify that on <u>December 10, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE COSTS**

**DECLARATION OF C. GEORGELY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE THE BILL OF COSTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct, and that this declaration was executed on <u>December 10, 2025</u>, at Fresno, California.

| A. Billings | /s/ A. Billings |
|---|---|
| Declarant | Signature |

SF2023401544
95674117