1  JOHN S. WORDEN (SBN 267516)
    jsworden@venable.com
2  MICHAEL T. GLUK (SBN 326670)
    mtgluk@venable.com
3  ZOE E. GALLAGHER (SBN 355362)
    zgallagher@venable.com
4  VENABLE LLP
   101 California Street, Suite 3800
5  San Francisco, CA 94111
   Telephone:    415.653.3750
6  Facsimile:    415.653.3755

7  Attorneys for Plaintiff
   ERNESTO VARGAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ERNESTO VARGAS,<br><br>   Plaintiff,<br><br>v.<br><br>L. LOPEZ, et al.,<br><br>   Defendants. | Case No. 3:23-cv-02490-TSH (PR)<br><br>**STIPULATED REQUEST FOR AN ORDER CHANGING TIME ON PLAINTIFF'S PENDING MOTION TO STRIKE COSTS; [PROPOSED] ORDER**<br><br>Judge:       Hon. Thomas S. Hixson<br>Trial Date:  October 20, 2025<br>Action Filed: May 22, 2023 |

Pursuant to Civil Local Rules 6-1 and 6-2, the Parties request that the Court enter an order changing time regarding the briefing schedule and hearing date for Plaintiff's pending Motion to Strike Costs.

On November 12, 2025, counsel for Defendants Lopez-Ortega and Whitman filed a Bill of Costs pursuant to Federal Rule of Civil Procedure 54 ("Rule 54"). (ECF 179). On November 26, 2025, counsel for Plaintiff Ernesto Vargas filed a Motion to Strike Costs and set a hearing for the motion on January 8, 2026 at 10:00 a.m. (ECF 180). On December 11, 2025, counsel for Defendants filed an Opposition to Plaintiff's Motion to Strike Costs. (ECF 182).

On December 17, 2025, counsel for the Parties met and conferred telephonically regarding Plaintiff's Motion and Defendants' Opposition. During this meeting, Plaintiff's counsel raised the idea of the parties agreeing to a reduced costs award. Counsel for the parties agreed that, to permit counsel for Plaintiff to discuss the possibility of agreeing to a reduced costs award with Plaintiff, they agree to extend the briefing schedule for the Reply to Defendants' Opposition, subject to Court approval, as follows: the Plaintiff's Reply would be due on December 29, 2025, and the hearing date to January 22, 2026, or as soon thereafter as the Court's availability permits.

Good cause exists for this requested continuance. Additional time is needed for Plaintiff's counsel to communicate with Plaintiff Ernesto Vargas regarding a reduced costs award. Additionally, Defendants' counsel is unavailable to attend the hearing currently scheduled for January 8, 2026. (*See* ECF No. 182-1 at 2.)

Therefore, the parties stipulate and request, under Civil Local Rules 6-1 and 6-2, that the Court enter an order as follows:

1. The Plaintiff's deadline to file its Reply to Defendants' Opposition to Motion to Strike Costs (ECF 182) is extended two weeks, up to and including **December 29, 2025**.

2. The hearing on Plaintiff's Motion to Strike Costs previously scheduled for January 8, 2025 will be rescheduled to **January 22, 2026** at 10:00 a.m., or as soon thereafter as the Court's availability permits.

**IT IS SO STIPULATED.**

Dated: December 17, 2025     */s/ Christian M. Georgely*
CHRISTIAN M. GEORGELY
Deputy Attorney General
*Attorney for Defendants Lopez-Ortega and Whitman*

Dated: December 17, 2025     */s/ Michael T. Gluk*
MICHAEL T. GLUK
Venable LLP
*Attorney for Plaintiff Vargas*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated: December 17, 2025     */s/ Michael T. Gluk*
MICHAEL T. GLUK
VENABLE LLP
*ATTORNEYS FOR PLAINTIFF VARGAS*

# [PROPOSED] ORDER

Pending before the Court is the parties' Stipulated Request for an Order Changing Time on Plaintiff's Pending Motion to Strike Costs (ECF No. 180). Good cause having been presented, the Court grants the parties' request and continues the deadline for the Plaintiff to file their Reply to Defendants' Opposition to Motion to Strike Costs to **December 29, 2025**. The hearing on Plaintiff's Motion to Strike Costs is rescheduled to _____.

**IT IS SO ORDERED.**

Dated: _____

THOMAS S. HIXSON
United States Magistrate Judge